The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

In Re:

TOC Holdings Co., fka Time Oil Co.,

Debtor.

EDMUND J. WOOD, Trustee of the Bankruptcy Estate of TOC Holdings Co., fka Time Oil Co.,

Plaintiff,

v.

C. EDWARD MILLER, JR and JANE DOE MILLER, husband and wife and their marital community, and C. Edward Miller, Jr. in his capacity as trustee for certain defendant trusts herein; RAYMOND G. STROMER and JANE DOE STROMER, husband and wife and their marital community; CAROLYN M. HECK and JOHN DOE HECK, husband and wife and their marital community; HOLLIDAY REVOCABLE TRUST; E. GAILLE HOLLIDAY and THE NORTHERN TRUST COMPANY as Trustees of the HOLLIDAY REVOCABLE TRUST; E. GAILLE HOLLIDAY, in her individual capacity as part of the marital community of H. ROGER HOLLIDAY; CARRIE ANN ABENDROTH and JOHN DOE ABENDROTH, husband and wife and their marital community; DAVID EDWARD ABENDROTH and JANE DOE ABENDROTH, husband and wife and their marital community; INGRID LEA ABENDROTH and JOHN DOE

Case No. 2:18-cv-01118-RSL

STIPULATED MOTION AND ORDER TO SUBSTITUTE PARTY PURSUANT TO FRCP 25

**Noted for Consideration: May 2, 2019**
(Pursuant to LCR 7(d)(1) and LCR 10(g))

STIPULATED MOTION AND ORDER TO SUBSTITUTE
PARTY PURSUANT TO FRCP 25 - 1
Case No. 2:18-cv-01118-RSL

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

53374252.2

| | |
|---|---|
| 1 | ABENDROTH, husband and wife and their marital community; MICHAEL JAMES |
| 2 | ABENDROTH and JANE DOE ABENDROTH, husband and wife and their marital community; |
| 3 | RICHARD DREW ABENDROTH and JANE DOE ABENDROTH, husband and wife and their |
| 4 | marital community; STEPHEN E. ABENDROTH and JANE DOE ABENDROTH, husband and wife |
| 5 | and their marital community; TERRY LYNN ABENDROTH and JOHN DOE ABENDROTH, |
| 6 | husband and wife and their marital community; DAISY S. MILLER TRUST; DAWN C. MILLER |
| 7 | TRUST; DOMINIQUE S. MILLER TRUST; JOHN MICHAEL HECK and JANE DOE HECK, |
| 8 | husband and wife and their marital community; JULIANNE MARIE HECK and JOHN DOE |
| 9 | HECK, husband and wife and their marital community; CHRISTOPHER F. MAKENS and |
| 10 | JANE DOE MAKENS, husband and wife and their marital community; DIANA M. MAKENS |
| 11 | and JOHN DOE MAKENS, husband and wife and their marital community and Diana M. Makens in |
| 12 | her capacity as trustee for certain defendant trusts herein; JAMES W. MAKENS and JANE DOE |
| 13 | MAKENS, husband and wife and their marital community; JOHN E. MAKENS and JANE DOE |
| 14 | MAKENS, husband and wife and their marital community; MICHAEL D. MAKENS and JANE |
| 15 | DOE MAKENS, husband and wife and their marital community; MILLER FAMILY TRUST |
| 16 | UTD 4/16/81; C. EDWARD MILLER, JR. SEPARATE PROPERTY TRUST; LAUREEN |
| 17 | MILLER SEPARATE PROPERTY TRUST; MELISSA DEL NERO PIRES and JOHN DOE |
| 18 | PIRES, husband and wife and their marital community; KATHERINE VALLERNAUD and |
| 19 | JOHN DOE VALLERNAUD, husband and wife and their marital community; 1999 YASUTAKE |
| 20 | FAMILY TRUST; GERALD YUJI YASUTAKE and BARBARA ANN YASUTAKE, in their |
| 21 | capacities as trustees of the 1999 YASUTAKE FAMILY TRUST, and DOES 1-100; |
| 22 | |
| 23 | Defendants. |

## I. STIPULATION

The parties, by and through their undersigned counsel of record, hereby stipulate and move this Court pursuant to Federal Rule of Civil Procedure 25, which is incorporated by

STIPULATED MOTION AND ORDER TO SUBSTITUTE
PARTY PURSUANT TO FRCP 25 - 2
Case No. 2:18-cv-01118-RSL

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

53374252.2

reference in Bankruptcy Rule 7025, to substitute the name of an existing party in the case from Defendant Raymond G. Stromer to the "Estate of Raymond G. Stromer, William Greenwood, Personal Representative."

This action was initiated as an adversary proceeding (Adv. Pro. No. 18-01041-CMA) in connection with the Chapter 7 bankruptcy proceedings in *In Re: TOC Holdings Co., fka Time Oil Co.* in the United States Bankruptcy Court for the Western District of Washington (Case No. 17-11872-CMA). Plaintiff Edmund J. Wood is the duly appointed Chapter 7 Trustee of the Bankruptcy Estate of TOC Holdings Co., fka Time Oil Co. On February 25, 2019, this Court issued an Order Granting Motion For Withdrawal Of Reference [District Court Dkt 4] with respect to the adversary proceeding and assigned a District Court case number to the case (District Court Case No. 2:18-CV-01118-RSL).

Federal Rule of Civil Procedure 25(a) provides that "If a party dies and the claim is not extinguished, the court may order substitution of the proper party." Raymond G. Stromer passed away on February 24, 2019. On April 15, 2019, a petition for probate was filed regarding Mr. Stromer, *In Re Raymond G. Stromer*, King County Superior Court Case No. 19-4-08192-6 SEA. William Greenwood was appointed as the personal representative of the Estate. A true and correct copy of the docket sheet for Case No. 19-4-08192-6 SEA, as of April 25, 2019, is attached hereto as <u>Exhibit A</u>.

The parties therefore respectfully request that this substitution be ordered by the Court without waiver of any claims, defenses, or rights of any of the parties to this action, including but not limited to any pending claims alleged against Raymond G. Stromer in Plaintiff's First Amended Complaint For Breaches Of Fiduciary Duty, To Recover Fraudulent Transfers, And For Violations Of The Washington Business Corporation Act [Adv. Dkt 64] and any answers and defenses alleged in defendants' Answers and Affirmative Defenses to the First Amended Complaint [Adv. Dkt 94 and Adv. Dkt 95].

STIPULATED MOTION AND ORDER TO SUBSTITUTE
PARTY PURSUANT TO FRCP 25 - 3
Case No. 2:18-cv-01118-RSL

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

53374252.2

1  So stipulated and jointly submitted on May 2, 2019 by:

| FOSTER PEPPER PLLC | SCHWABE, WILLIAMSON & WYATT, PC |
|---|---|
| s/Christopher G. Emch<br>Deborah A. Crabbe, WSBA #22263<br>Christopher G. Emch, WSBA #26457<br>Bryan T. Glover, WSBA #51045<br>1111 Third Avenue, Suite 3000<br>Seattle, WA 98101<br>Telephone No.: (206) 447-4400<br>Facsimile No. (206) 447-9700<br>Email: deborah.crabbe@foster.com<br>       chris.emch@foster.com<br>       bryan.glover@foster.com<br>*Attorneys for Plaintiff*<br>*Chapter 7 Trustee Edmund J. Wood*<br><br><br>K&L GATES LLP<br><br>s/Michael J. Gearin<br>Michael J. Gearin, WSBA #20982<br>David Bateman, WSBA #14262<br>925 4th Avenue, Suite 2900<br>Seattle, WA 98104-1158<br>Telephone No. (206) 623-7580<br>Email: michael.gearin@klgates.com<br>       david.bateman@klgates.com<br>*Attorneys for Defendants Carolyn M. Heck;*<br>*1999 Yasutake Family Trust; Gerald Yuji*<br>*Yasutake and Barbara Ann Yasutake as*<br>*Trustees of the 1999 Yasutake Family Trust;*<br>*David Edward Abendroth; Michael James*<br>*Abendroth; Carrie Ann Abendroth; Ingrid*<br>*Lea Abendroth; John Michael Heck; Richard*<br>*Drew Abendroth; Julianne Marie Heck;*<br>*Stephen E. Abendroth; Terry Lynn Abendroth* | s/Lawrence R. Ream<br>Lawrence R. Ream, WSBA #18159<br>Colin J. Folawn, WSBA #34211<br>Ryan W. Dumm, WSBA #46738<br>1420 Fifth Avenue, Suite 3400<br>Seattle, WA 98101<br>Telephone No. (206) 622-1711<br>Facsimile No. (206) 292-0460<br>Email: lream@schwabe.com<br>       cfolawn@schwabe.com<br>       rdumm@schwabe.com<br>*Attorneys for Defendants C. Edward Miller,*<br>*Jr.; Jane Doe Miller; Estate of Raymond G.*<br>*Stromer, William Greenwood, Personal*<br>*Representative; Daisy S. Miller Trust; Dawn C.*<br>*Miller Trust; Dominique S. Miller Trust;*<br>*Christopher F. Makens; Diana*<br>*M. Makens; John Doe Makens; James W.*<br>*Makens; Jane Doe Makens; John E.*<br>*Makens; Michael D. Makens; Jane Doe*<br>*Makens; Miller Family Trust UTD*<br>*04/16/81; C. Edward Miller, Jr. Separate*<br>*Property Trust; Laureen Miller Separate*<br>*Property Trust; Melissa Del Nero Pires;*<br>*John Doe Pires; Katherine Vallernaud;*<br>*John Doe Vallernaud; Holliday Revocable Trust;*<br>*E. Gaille Holliday and The Northern Trust*<br>*Company as Trustees of the Holliday Revocable*<br>*Trust; E. Gaille Holliday* |

STIPULATED MOTION AND ORDER TO SUBSTITUTE
PARTY PURSUANT TO FRCP 25 - 4
Case No. 2:18-cv-01118-RSL

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

53374252.2

## II. ORDER

Based on the foregoing Stipulation of the parties.

IT IS SO ORDERED this 3rd day of May, 2019.

_____
Robert S. Lasnik
United States District Judge

**Presented by**:

FOSTER PEPPER PLLC

*s/Christopher G. Emch*
Deborah A. Crabbe, WSBA #22263
Christopher G. Emch, WSBA #26457
Bryan T. Glover, WSBA #51045
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Telephone No.: (206) 447-4400
Facsimile No. (206) 447-9700
Email: deborah.crabbe@foster.com
       chris.emch@foster.com
       bryan.glover@foster.com
*Attorneys for Plaintiff*
*Chapter 7 Trustee Edmund J. Wood*

K&L GATES LLP

*s/Michael J. Gearin*
Michael J. Gearin, WSBA #20982
David Bateman, WSBA #14262
925 4th Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone No. (206) 623-7580
Email: michael.gearin@klgates.com
       david.bateman@klgates.com
*Attorneys for Defendants Carolyn M.*
*Heck; 1999 Yasutake Family Trust;*
*Gerald Yuji Yasutake and Barbara*
*Ann Yasutake as Trustees of the 1999*
*Yasutake Family Trust; David Edward*
*Abendroth; Michael James Abendroth;*
*Carrie Ann Abendroth; Ingrid Lea*
*Abendroth; John Michael Heck;*
*Richard Drew Abendroth; Julianne*
*Marie Heck; Stephen E. Abendroth;*
*Terry Lynn Abendroth*

STIPULATED MOTION AND ORDER TO SUBSTITUTE
PARTY PURSUANT TO FRCP 25 - 5
Case No. 2:18-cv-01118-RSL

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

53374252.2

1  SCHWABE, WILLIAMSON & WYATT, PC

2  *s/Lawrence R. Ream*
   Lawrence R. Ream, WSBA #18159
3  Colin J. Folawn, WSBA #34211
   Ryan W. Dumm, WSBA #46738
4  1420 Fifth Avenue, Suite 3400
   Seattle, WA 98101
5  Telephone No. (206) 622-1711
   Facsimile No. (206) 292-0460
6  Email: lream@schwabe.com
           cfolawn@schwabe.com
7          rdumm@schwabe.com
   *Attorneys for Defendants C. Edward*
8  *Miller, Jr.; Jane Doe Miller; Estate of*
   *Ray Stromer, William Greenwood,*
9  *Personal Representative; Daisy S.*
   *Miller Trust; Dawn C. Miller Trust;*
10 *Dominique S. Miller Trust;*
   *Christopher F. Makens; Diana M.*
11 *Makens; John Doe Makens; James W.*
   *Makens; Jane Doe Makens; John E.*
12 *Makens; Michael D. Makens; Jane*
   *Doe Makens; Miller Family Trust*
13 *UTD 04/16/81; C. Edward Miller, Jr.*
   *Separate Property Trust; Laureen*
14 *Miller Separate Property Trust;*
   *Melissa Del Nero Pires; John Doe*
15 *Pires; Katherine Vallernaud; John*
   *Doe Vallernaud; Holliday Revocable*
16 *Trust; E. Gaille Holliday and The*
   *Northern Trust Company as Trustees*
17 *of the Holliday Revocable Trust; E.*
   *Gaille Holliday*

---

STIPULATED MOTION AND ORDER TO SUBSTITUTE
PARTY PURSUANT TO FRCP 25 - 6
Case No. 2:18-cv-01118-RSL

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

53374252.2

# Exhibit A



**Department of Judicial Administration**
Copy Case Report

King County

Case #: 19-4-08192-6 SEA
Case Title: In Re RAYMOND G STROMER
Filed: 04/15/2019                                Appeal From Lower Court? No
Cause: EST - Estate                              DV: N

Case Status: Active                              Date: 04/15/2019

### Parties

| Party | Name | | | Status | |
|---|---|---|---|---|---|
| Deceased | STROMER, RAYMOND G | | | | |

| Party | Name | Bar # | Status | Representing |
|---|---|---|---|---|
| Attorney | Way, M John | 37052 | Current | WILLIAM GREENWOOD |

### Documents

| Sub # | Date | Code | Description |
|---|---|---|---|
| 1 | 04/15/2019 | PTPOSD | Petition for Probate of Will for Order Adjudicating Solvency Directing Ad |
| 2 | 04/15/2019 | CICS | Case Information Cover Sheet |
| 3 | 04/15/2019 | LWAT | Last Will and Testament |
| 4 | 04/15/2019 | ORWPRSA | Order Admitting Will Appointing Personal Representative, Adjudicating Solvency & Dir |
| 5 | 04/15/2019 | OA | Oath |
| 6 | 04/15/2019 | LTRTS | Letters Testamentary |
| 7 | 04/15/2019 | CRCDC | Certified Copy of Death Certificate |
| 8 | 04/15/2019 | NTEST | Notice re Probate Case |