THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDMUND J. WOOD,<br><br>    Plaintiff,<br><br>v.<br><br>C. EDWARD MILLER, JR., *et al.*,<br><br>    Defendants. | Case No. 2:18-cv-01118-RSL<br><br>[~~PROPOSED~~] ORDER EXTENDING DEADLINE TO JOIN ADDITIONAL PARTY FOR LIMITED PURPOSE |

1. The case schedule in this Court's Order Modifying Pretrial Case Schedule and Trial Date set a deadline of December 13, 2019, to join additional parties or amend the pleadings. *See* Dkt. #14.

2. Plaintiff moved this Court to extend the December 13, 2019, deadlines for the limited purpose of identifying and substituting the name of the current trustee of Defendant Miller Family Trust UTD 4/16/81 (the "Miller Family Trust"). *See* Dkt. #16.

3. Plaintiff's Motion for Continuance of Deadline to Join Parties to Substitute Name of Current Trustee of Defendant Trust is GRANTED.

4. For the sole and limited purpose of allowing Plaintiff to identify and substitute the name of the current trustee of the Miller Family Trust, Plaintiff may substitute the current trustee of the Miller Family Trust, Forrest C. Allred, on or before February 11, 2020.

5. Nothing in this Order shall be construed to modify any other deadline set forth

[~~PROPOSED~~] ORDER– 1: CASE NO. 2:18-CV-01118-RSL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206.622.1711

PDX\132347\236238\RWD\26927400.3

in this Court's Order Modifying Pretrial Case Schedule and Trial Date or imposed by the Civil Rules.

**IT IS SO ORDERED** this 5th day of February, 2020.

Honorable Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

Presented by:

SCHWABE, WILLIAMSON & WYATT, P.C.

By:/s/ Colin Folawn, WSBA #34211
Lawrence R. Ream, WSBA #18159
Email: lream@schwabe.com
Colin Folawn, WSBA #34211
Email: cfolawn@schwabe.com
Ryan W. Dumm, WSBA #46738
Email: rdumm@schwabe.com
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010

*Attorneys for Defendants, C. Edward Miller, Jr., Estate of Raymond G. Stromer, Daisy S. Miller Trust, Dawn C. Miller Trust, Dominique S. Miller Trust, Christopher F. Makens, Diana M. Makens, James W. Makens, John E. Makens, Michael D. Makens, Miller Family Trust UTD 04/16/81, C. Edward Miller Jr. Separate Property Trust, Laureen Miller Separate Property Trust, Melissa Del Nero Pires, Katherine Vallernaud*

[PROPOSED] ORDER– 2: CASE NO. 2:18-CV-01118-RSL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

PDX\132347\236238\RWD\26927400.3