THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br><br>TOC Holdings Co., fka Time Oil Co.,<br><br>    Debtor.<br><br>EDMUND J. WOOD, Trustee of the Bankruptcy Estate of TOC Holdings Co., fka Time Oil Co.,<br><br>    Plaintiff,<br><br>v.<br><br>C. EDWARD MILLER, JR and JANE DOE MILLER, husband and wife and their marital community, and C. Edward Miller, Jr. in his capacity as trustee for certain defendant trusts herein; et al.<br><br>    Defendants. | Case No. 2:18-cv-01118-RSL<br><br>STIPULATED MOTION AND ORDER OF SUBSTITUTION OF PARTY REGARDING THE TRUSTEE OF THE MILLER FAMILY TRUST UTD 04/16/81<br><br>**Noted for Consideration:**<br>**February 11, 2020**<br><br>(Pursuant to LCR 7(d)(1) and LCR 10(g)) |

## I. STIPULATION

Pursuant to the Court's Order Extending Deadline To Join Additional Party For Limited Purpose, dated February 5, 2020, copy attached as Exhibit A, the parties through their undersigned counsel hereby stipulate and move this Court to substitute as a party in this action Forrest C. Allred, the current trustee of the defendant Miller Family Trust UTD 04/16/81, for

STIPULATED MOTION AND ORDER OF
SUBSTITUTION OF PARTY - 1
Case No. 2:18-cv-01118-RSL

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG:53559287.2

1  C. Edward Miller, Jr., solely in Mr. Miller's capacity as the former trustee of the defendant
2  Miller Family Trust UTD 04/16/81. Mr. C. Edward Miller, Jr. remains a defendant in this action
3  as an individual in his capacity as a director of the Debtor and in his capacity as the trustee of
4  Defendants C. Edward Miller, Jr. Separate Property Trust, Laureen Miller Separate Property
5  Trust, Daisy S. Miller Trust, Dawn C. Miller Trust, and Dominique S. Miller Trust.

So stipulated and submitted on February 11, 2020 by:

| FOSTER GARVEY PC | SCHWABE, WILLIAMSON & WYATT, PC |
|---|---|
| s/ Christopher G. Emch<br>Deborah A. Crabbe, WSBA #22263<br>Thomas F. Ahearne, WSBA #14844<br>Christopher G. Emch, WSBA #26457<br>1111 Third Avenue, Suite 3000<br>Seattle, WA 98101<br>Telephone No.: (206) 447-4400<br>Facsimile No. (206) 447-9700<br>Email: deborah.crabbe@foster.com<br>　　　ahearne@foster.com<br>　　　chris.emch@foster.com<br>*Attorneys for Plaintiff*<br>*Chapter 7 Trustee Edmund J. Wood* | s/ Ryan W. Dumm<br>Lawrence R. Ream, WSBA #18159<br>Colin J. Folawn, WSBA #34211<br>Ryan W. Dumm, WSBA #46738<br>1420 Fifth Avenue, Suite 3400<br>Seattle, WA 98101<br>Telephone No. (206) 622-1711<br>Facsimile No. (206) 292-0460<br>Email: lream@schwabe.com<br>　　　cfolawn@schwabe.com<br>　　　rdumm@schwabe.com<br>*Attorneys for Defendants C. Edward Miller, Jr.; Jane Doe Miller; Estate of Raymond G. Stromer, William Greenwood, Personal Representative; Daisy S. Miller Trust; Dawn C. Miller Trust; Dominique S. Miller Trust; Christopher F. Makens; Diana M. Makens; John Doe Makens; James W. Makens; Jane Doe Makens; John E. Makens; Michael D. Makens; Jane Doe Makens; Miller Family Trust UTD 04/16/81; C. Edward Miller, Jr. Separate Property Trust; Laureen Miller Separate Property Trust; Melissa Del Nero Pires; John Doe Pires; Katherine Vallernaud; John Doe Vallernaud; Holliday Revocable Trust; E. Gaille Holliday and The Northern Trust Company as Trustees of the Holliday Revocable Trust; E. Gaille Holliday* |

STIPULATED MOTION AND ORDER OF
SUBSTITUTION OF PARTY - 2
Case No. 2:18-cv-01118-RSL

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG:53559287.2

## II. ORDER

Based on the foregoing Stipulation of the parties.

IT IS SO ORDERED this ___12th___ day of February, 2020.

_____
The Honorable Robert S. Lasnik
United States District Court Judge

**Presented by:**

| FOSTER GARVEY PC | SCHWABE, WILLIAMSON & WYATT, PC |
|---|---|
| *s/ Christopher G. Emch*<br>Deborah A. Crabbe, WSBA #22263<br>Thomas F. Ahearne, WSBA #14844<br>Christopher G. Emch, WSBA #26457<br>1111 Third Avenue, Suite 3000<br>Seattle, WA 98101<br>Telephone No.: (206) 447-4400<br>Facsimile No. (206) 447-9700<br>Email: deborah.crabbe@foster.com<br>       ahearne@foster.com<br>       chris.emch@foster.com<br>*Attorneys for Plaintiff*<br>*Chapter 7 Trustee Edmund J. Wood* | *s/ Ryan W. Dumm*<br>Lawrence R. Ream, WSBA #18159<br>Colin J. Folawn, WSBA #34211<br>Ryan W. Dumm, WSBA #46738<br>1420 Fifth Avenue, Suite 3400<br>Seattle, WA 98101<br>Telephone No. (206) 622-1711<br>Facsimile No. (206) 292-0460<br>Email: lream@schwabe.com<br>       cfolawn@schwabe.com<br>       rdumm@schwabe.com<br>*Attorneys for Defendants C. Edward Miller, Jr.; Jane Doe Miller; Estate of Raymond G. Stromer, William Greenwood, Personal Representative; Daisy S. Miller Trust; Dawn C. Miller Trust; Dominique S. Miller Trust; Christopher F. Makens; Diana M. Makens; John Doe Makens; James W. Makens; Jane Doe Makens; John E. Makens; Michael D. Makens; Jane Doe Makens; Miller Family Trust UTD 04/16/81; C. Edward Miller, Jr. Separate Property Trust; Laureen Miller Separate Property Trust; Melissa Del Nero Pires; John Doe Pires; Katherine Vallernaud; John Doe Vallernaud; Holliday Revocable Trust; E. Gaille Holliday and The Northern Trust Company as Trustees of the Holliday Revocable Trust; E. Gaille Holliday* |

STIPULATED MOTION AND ORDER OF
SUBSTITUTION OF PARTY - 3
Case No. 2:18-cv-01118-RSL

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG:53559287.2