THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| EDMUND J. WOOD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>C. EDWARD MILLER, JR., *et al.*<br><br>　　　　Defendants. | Case No. 2:18-cv-01118-RSL<br><br>**EX-PARTE STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO THE PARTIES** |

　　The Court reviewed the Ex-Parte Stipulated Motion for Order of Dismissal with Prejudice and Without Costs to the Parties and based upon the foregoing stipulation, the Court finds cause to grant the relief requested by the parties, NOW, THEREFORE, it is hereby

　　ORDERED, ADJUDGED, AND DECREED that the above-entitled action is hereby dismissed, with prejudice, without fees to any party, and without costs to any party.

Dated this 11th day of August, 2020.

*/s/ Robert S. Lasnik*
―――――――――――――――――――
Robert S. Lasnik
United States District Judge

EX-PARTE STIPULATED ORDER 1: CASE NO. 2:18-CV-01118-RSL

FG:53782722.1

Presented by:

| | |
|---|---|
| **FOSTER GARVEY, P.C.** | **SCHWABE, WILLIAMSON & WYATT, P.C**. |
| /s/ *Deborah A. Crabbe* | /s/ *Lawrence R. Ream* |
| By: _____ | By: _____ |
| Deborah A. Crabbe, WSBA #22263 | Lawrence R. Ream, WSBA #18159 |
| Email: deborah.crabbe@foster.com | Email: lream@schwabe.com |
| Christopher G. Emch, WSBA #26457 | Colin J. Folawn, WSBA #34211 |
| Email: chris.emch@foster.com | Email: cfolawn@schwabe.com |
| *Attorneys for Plaintiff Chapter 7 Trustee Edmund J. Wood* | Ryan W. Dumm, WSBA #46738 |
| | Email: rdumm@schwabe.com |
| | *Attorneys for Defendants C. Edward Miller, Jr.; Jane Doe Miller; Estate of Raymond G. Stromer; Daisy S. Miller Trust; Dawn C. Miller Trust; Dominique S. Miller Trust; Christopher F. Makens; Diana M. Makens; John Doe Makens; James W. Makens, Jane Doe Makens; John E. Makens; Michael D. Makens; Jane Doe Makens; Miller Family Trust UTD 04/16/81; C. Edward Miller Jr. Separate Property Trust; Laureen Miller Separate Property Trust; Melissa Del Nero Pires; John Doe Pires; Katherine Vallernaud; John Doe Vallernaud; Holliday Revocable Trust; E. Gaille Holliday and The Northern Trust Company as Trustees of the Holliday Revocable Trust; E. Gaille Holliday* |

**K&L GATES LLP**

/s/ *Michael J. Gearin*
By: _____
Michael J. Gearin, WSBA #20982
Email: michael.gearin@klgates.com
David Bateman, WSBA #14262
Email: david.bateman@klgates.com
*Attorneys for Attorneys for Defendants Carolyn M. Heck; John Doe Heck,; Carrie Ann Abendroth; John Doe Abendroth; David Edward Abendroth; Jane Doe Abendroth; Ingrid Lea*

EX-PARTE STIPULATED ORDER 2: CASE NO. 2:18-CV-01118-RSL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

FG:53782722.1

1 *Abendroth; John Doe Abendroth;*
2 *Michael James Abendroth; Jane Doe Abendroth; Richard Drew Abendroth;*
3 *Jane Doe Abendroth; Stephen E. Abendroth; Jane Doe Abendroth; Terry*
4 *Lynn Abendroth; John Doe Abendroth; John Michael Heck; Jane Doe Heck;*
5 *Julianne Marie Heck; John Doe Heck; 1999 Yasutake Family Trust (aka the*
6 *Yasutake Family Trust UDT 10/22/99); Gerald Yuji Yasutake, as Trustee of*
7 *the 1999 Yasutake Family Trust; and Barbara Ann Yasutake, as Trustee of the*
8 *1999 Yasutake Family Trust.*

EX-PARTE STIPULATED ORDER 3: CASE NO. 2:18-CV-01118-RSL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

FG:53782722.1